JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaac Melville, et al., ) | SACV 10-0691-JVS (SSx) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL UPON |
| ) | SETTLEMENT OF CASE |
| v. ) | |
| ) | |
| Advantage Sales & Marketing LLC, ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: February 2, 2011

                                                  _____
                                                     James V. Selna
                                           United States District Judge